506 P.2d 264

**Aaron BENTLEY, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**E. K. Nichols Motor Service, Respondent Employer,**

**State Compensation Fund, Respondent Carrier.**

**No. I CA–IC 748.**

Court of Appeals of Arizona, Division 1, Department B.

Feb. 27, 1973.

Lawrence Ollason, Tucson, for petitioner.

William C. Wahl, Jr., Chief Counsel, Phoenix, for respondent The Industrial Commission of Arizona.

Robert K. Park, Chief Counsel, Phoenix, State Compensation Fund by Dee-Dee Samet, Tucson, for respondent employer and respondent carrier.

HAIRE, Judge.

The only question raised on this review by certiorari of an Industrial Commission award denying a petition to reopen is whether the evidence requires a finding by the Commission that an alleged myocardial infarction was causally related to the petitioner's prior industrial injury. We have reviewed the record and find that it does not require such a finding. The record fully supports the Commission's denial of the petition to reopen.

The award is affirmed.

JACOBSON, C. J., Division 1, and EUBANK, P. J., concur.